UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| EDUARDO LICON, | ) | |
| | ) | |
| Petitioner, | ) | 2:09-cv-00720-RCJ-PAL |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| DIRECTOR, NDOC, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

    This closed action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254. On April 30, 2010, this Court granted respondents' motion to dismiss, and dismissed the habeas petition in its entirety. (ECF. No. 14). Judgment was entered on May 3, 2010. (ECF No. 15).

    On May 17, 2010, petitioner filed a motion for reconsideration of the Court's order dismissing the petition. (ECF No. 16). By order filed February 4, 2011, this Court entered an order denying the motion for reconsideration. (ECF No. 19). The Court's order included an exhaustive discussion of all points raised in petitioner's motion for reconsideration, and the Court concluded that there was no sound basis for altering the Court's order dismissing the petition. (*Id.*).

On February 16, 2011, petitioner filed a motion for reconsideration of the Court's order of February 4, 2011, which denied the first motion for reconsideration. (ECF No. 20). There is nothing in petitioner's second motion for reconsideration to justify altering the Court's order of February 4, 2011, or to otherwise alter the outcome of this action. Petitioner's February 16, 2011 motion for reconsideration is denied.

**IT IS THEREFORE ORDERED** that petitioner's February 16, 2011 motion for reconsideration (ECF No. 20) is **DENIED.** The Court will entertain no further motions for reconsideration in this action.

DATED: This 5th day of July, 2011.

_____
UNITED STATES DISTRICT JUDGE